B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Leafs Hockey Club, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **23-7307728** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **801 Wesemann Drive, West Dundee, IL** ZIP Code **60118** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Leafs Hockey Club, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **LHC, LLC** | Case Number: **13-07001** | Date Filed: **2/25/13** |
| District: **Northern District of Illinois** | Relationship: **Affiliate** | Judge: **Hon. Donald R. Cassling** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Leafs Hockey Club, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Kevin H. Morse**
Signature of Attorney for Debtor(s)

**Kevin H. Morse 6297244**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

Email: www.arnstein.com
**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**July  7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Jeffrey Cesarone**
Signature of Authorized Individual

**Jeffrey Cesarone**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  7, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Leafs Hockey Club, Inc.**                              Case No.
                        Debtor(s)                               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Melinda Wessel**<br>**39W490 Abbey Glen Court**<br>**Saint Charles, IL 60175-6707** | **Melinda Wessel**<br>**39W490 Abbey Glen Court**<br>**Saint Charles, IL 60175-6707** | **Deposit** | | **5,848.00** |
| **Michael Haught**<br>**69 Briarwood Drive**<br>**Glen Ellyn, IL 60137-4047** | **Michael Haught**<br>**69 Briarwood Drive**<br>**Glen Ellyn, IL 60137-4047** | **Deposit** | | **5,648.00** |
| **Cohon Raizes & Regal**<br>**c/o Cornelius Brown**<br>**208 S. LaSalle St., Suite 1860**<br>**Chicago, IL 60604** | **Cohon Raizes & Regal**<br>**c/o Cornelius Brown**<br>**208 S. LaSalle St., Suite 1860**<br>**Chicago, IL 60604** | | | **5,000.00** |
| **John Kleberg**<br>**4102 Carlisle Drive**<br>**Prairie Grove, IL 60012-2141** | **John Kleberg**<br>**4102 Carlisle Drive**<br>**Prairie Grove, IL 60012-2141** | **Deposit** | | **4,149.00** |
| **April Bouchard**<br>**5922 Pine Hollow Road**<br>**Carpentersville, IL 60110-3364** | **April Bouchard**<br>**5922 Pine Hollow Road**<br>**Carpentersville, IL 60110-3364** | **Deposit** | | **3,849.00** |
| **Linda Craig**<br>**3129 Primrose Street**<br>**Elgin, IL 60124-3800** | **Linda Craig**<br>**3129 Primrose Street**<br>**Elgin, IL 60124-3800** | **Deposit** | | **3,849.00** |
| **Damon Weber**<br>**195 Gregory M Sears Drive**<br>**Gilberts, IL 60136-4029** | **Damon Weber**<br>**195 Gregory M Sears Drive**<br>**Gilberts, IL 60136-4029** | **Deposit** | | **3,849.00** |
| **Linda Leigh**<br>**3019 Shenandoah Drive**<br>**Carpentersville, IL 60110-3281** | **Linda Leigh**<br>**3019 Shenandoah Drive**<br>**Carpentersville, IL 60110-3281** | **Deposit** | | **3,849.00** |
| **Terry Cappas**<br>**39W1000 Lookout Lane**<br>**Saint Charles, IL 60175-6123** | **Terry Cappas**<br>**39W1000 Lookout Lane**<br>**Saint Charles, IL 60175-6123** | **Deposit** | | **3,849.00** |
| **William Pahl**<br>**3776 Sonoma Circle**<br>**Lake in the Hills, IL 60156** | **William Pahl**<br>**3776 Sonoma Circle**<br>**Lake in the Hills, IL 60156** | **Deposit** | | **3,649.00** |
| **Nicole Giancaterino**<br>**365 Forest Trail**<br>**South Elgin, IL 60177-2203** | **Nicole Giancaterino**<br>**365 Forest Trail**<br>**South Elgin, IL 60177-2203** | **Deposit** | | **3,649.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Leafs Hockey Club, Inc.**  
　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Seth Thomas**<br>57 Greenbriar Drive<br>Gilberts, IL 60136-4048 | **Seth Thomas**<br>57 Greenbriar Drive<br>Gilberts, IL 60136-4048 | **Deposit** | | 3,649.00 |
| **James Handley**<br>579 Iris Court<br>Crystal Lake, IL 60014 | **James Handley**<br>579 Iris Court<br>Crystal Lake, IL 60014 | **Deposit** | | 3,649.00 |
| **Selena Muraski**<br>759 White Pine Circle<br>Lake in the Hills, IL 60156 | **Selena Muraski**<br>759 White Pine Circle<br>Lake in the Hills, IL 60156 | **Deposit** | | 2,299.00 |
| **Jeffrey Howicz**<br>19 Ridge Court<br>South Elgin, IL 60177-3018 | **Jeffrey Howicz**<br>19 Ridge Court<br>South Elgin, IL 60177-3018 | **Deposit** | | 2,299.00 |
| **Kevin Peart**<br>9555 Player Court<br>Crystal Lake, IL 60014 | **Kevin Peart**<br>9555 Player Court<br>Crystal Lake, IL 60014 | **Deposit** | | 1,000.00 |
| **Jorge Rojas**<br>718 Bryant Avenue<br>Barrington, IL 60010 | **Jorge Rojas**<br>718 Bryant Avenue<br>Barrington, IL 60010 | **Deposit** | | 1,000.00 |
| **Rich Swick**<br>1182 Halfmoon Gate<br>Lake in the Hills, IL 60156 | **Rich Swick**<br>1182 Halfmoon Gate<br>Lake in the Hills, IL 60156 | **Deposit** | | 1,000.00 |
| **Joel T. Lundy**<br>153 Steamboat Drive<br>Gilberts, IL 60136-4065 | **Joel T. Lundy**<br>153 Steamboat Drive<br>Gilberts, IL 60136-4065 | **Deposit** | | 1,000.00 |
| **Jennifer Schaumburg**<br>1609 Ridgeline Road<br>Rockton, IL 61072-3201 | **Jennifer Schaumburg**<br>1609 Ridgeline Road<br>Rockton, IL 61072-3201 | **Deposit** | | 1,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 7, 2015**　　　　　　　　　　Signature  **/s/ Jeffrey Cesarone**  
　　　　　　　　　　　　　　　　　　　　　　　　　**Jeffrey Cesarone**  
　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

Aileen Gorman
1860 Crofton Drive
Algonquin, IL 60102-4332


Al Stensrud
26375 N. Hickory Road
Mundelein, IL 60060-3351


Alexie Karavakis
10169 Central Park Boulevard
Huntley, IL 60142


Alyssa Losselyoung
12795 Ellen Drive
Genoa, IL 60135-7734


April Bouchard
5922 Pine Hollow Road
Carpentersville, IL 60110-3364


Ashley Bedow
5372 Wildspring Drive
Lake in the Hills, IL 60156-6404


Bonnie Houts
19164 E. Crill Road
Monroe Center, IL 61052-9711


Bonnie Houts
323 Blackstone Street
Thornton, IL 60476


Brian Carlson
211 Copper Mountain Drive
Gilberts, IL 60136-4076


Brian Dougal
10645 Grand Canyon Avenue
Huntley, IL 60142-6750


Carl Dekker
5N645 Leslie Court
Saint Charles, IL 60175-8159

Caryn Rosborough
3607 Wetlands Drive
Elgin, IL 60124-7868


Chris Gruber
6N048 Oakwood Drive
Saint Charles, IL 60174


Christine Anderson
1397 Hunting Woods Trail
Rockford, IL 61102


Christine Anderson
5404 Chapel Hill Court
Rockford, IL 61114


Cohon Raizes & Regal
c/o Cornelius Brown
208 S. LaSalle St., Suite 1860
Chicago, IL 60604


Damon Weber
195 Gregory M Sears Drive
Gilberts, IL 60136-4029


Daniel Perillo
40W885 Campton Trail Road
Saint Charles, IL 60175-5529


Dave Cotton
539 Central Avenue
Genoa, IL 60135


David Semyck
459 Mooresfield Street
Elgin, IL 60124-3801


Derek Hilgenberg
151 Regal Drive
Crystal Lake, IL 60014-6232


Eduardo Gonzalez
6 Hithergreen Court
Algonquin, IL 60102

Gregory McElroy
12414 Tweed Drive
Loves Park, IL 61111-8959


Heather Grey
88 Durango Court
Gilberts, IL 60136


Irena Durka
6112 56th Street
Maspeth, NY 11378


James Handley
579 Iris Court
Crystal Lake, IL 60014-6992


James Randazzo
729 W. Thornwood Drive
South Elgin, IL 60177-3738


Jason Fitch
240 N. Lyle Avenue
Elgin, IL 60123-5016


Jeffrey Howicz
19 Ridge Court
South Elgin, IL 60177-3018


Jennifer Schaumburg
1609 Ridgeline Road
Rockton, IL 61072-3201


Jill Doles
10669 Capitol Lane
Huntley, IL 60142-4001


Joel T. Lundy
153 Steamboat Drive
Gilberts, IL 60136-4065


John Kleberg
4102 Carlisle Drive
Prairie Grove, IL 60012-2141

Jorge Rojas
718 Bryant Avenue
Barrington, IL 60010


Joseph Marchese
9550 Nicklaus Lane
Crystal Lake, IL 60014-3345


Joseph Zdybel
649 Fenwick Lane
South Elgin, IL 60177-1090


Julie Pacana
315 E. Main Street
Algonquin, IL 60102


Karen Doty
1380 N. Blackhawk Circle
South Elgin, IL 60177-2984


Kate Nangle
3113 Erika Lane
Carpentersville, IL 60110-3462


Katie Walavich
3101 Valley Falls Street
Elgin, IL 60124-8830


Ken Southwell
810 Parc Court
Lake in the Hills, IL 60156-5635


Kerri McQuillen
2432 Meadowsedge Lane
Carpentersville, IL 60110-3315


Kevin Peart
9555 Player Court
Crystal Lake, IL 60014


Laura Pearson
523 Stevens Court
Sleepy Hollow, IL 60118-1822

```
LHC, LLC
801 Wesemann Drive
Dundee, IL 60118


Linda Craig
3129 Primrose Street
Elgin, IL 60124-3800


Linda Leigh
3019 Shenandoah Drive
Carpentersville, IL 60110-3281


Mark Corridon
2600 Oak Drive
West Dundee, IL 60118-1518


Matthew Morgan
19164 E. Crill Road
Monroe Center, IL 61052-9711


Melinda Wessel
39W490 Abbey Glen Court
Saint Charles, IL 60175-6707


Melissa Drolen
3318 Worthington Lane
Lake in the Hills, IL 60156-5828


Melissa Hoffman
2847 Winchester Drive
Elgin, IL 60124-8053


Michael Haught
69 Briarwood Drive
Glen Ellyn, IL 60137-4047


Michael Young
242 Woodland Park Circle
Gilberts, IL 60136


Mike Haught
59 Briarwood Drive
Gilberts, IL 60136-4047
```

Mike Troiani
1444 Sweetbriar Lane
Elgin, IL 60123-8876


Nicole Giancaterino
365 Forest Trail
South Elgin, IL 60177-2203


Rajindar Grewal
465 Mooresfield Street
Elgin, IL 60124-3801


Randy Suske
3340 Cameron Drive
Elgin, IL 60124-8025


Ray Espinosa
51 Glenbrook Circle
Gilberts, IL 60136-4078


Renae Sarallo
1000 Grace Court
Marengo, IL 60152


Rich Swick
1182 Halfmoon Gate
Lake in the Hills, IL 60156


Robert Vitner
391 Winslow Way
Lake in the Hills, IL 60156-6228


Ron Legrand
333 West Irving Park Road
Roselle, IL 60172


Ronald Czarnota
1005 Reserve Drive
Elgin, IL 60124


Sandra Irizarry
7575 Melon Court
Gurnee, IL 60031-5618

Scott Shaffer
295 Thornwood Way
Unit C
South Elgin, IL 60177-3637


Scott Stumpf
710 Regal Lane
Algonquin, IL 60102-4369


Selena Muraski
759 White Pine Circle
Lake in the Hills, IL 60156


Seth Thomas
57 Greenbriar Drive
Gilberts, IL 60136-4048


Stacey Balcerak
930 Wedgewood Drive
Crystal Lake, IL 60014


Suzanne Speichinger
K&B Lifecare Inc.
755 McArdle Drive
Crystal Lake, IL 60014


Terry Cappas
39W1000 Lookout Lane
Saint Charles, IL 60175-6123


Terry Cappas
39W100 Lookout Lane
Saint Charles, IL 60175-6123


Thomas Feddor
8N089 Phar Lap Drive
Saint Charles, IL 60175-5435


UMB, N.A. as Indenture Trustee
c/o William Smith, MW&E, LLC
227 W. Monroe St.
Chicago, IL 60606

```
Valerie Zaccagni
740 Fenview Circle
Algonquin, IL 60102


Virginia Dowdakin
928 Saratoga Parkway
Sleepy Hollow, IL 60118-2537


William Pahl
3776 Sonoma Circle
Lake in the Hills, IL 60156
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Leafs Hockey Club, Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Leafs Hockey Club, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| July 7, 2015 | /s/ Kevin H. Morse |
| Date | **Kevin H. Morse 6297244** |
| | Signature of Attorney or Litigant |
| | Counsel for **Leafs Hockey Club, Inc.** |
| | **Arnstein & Lehr LLP** |
| | **120 South Riverside Plaza** |
| | **Suite 1200** |
| | **Chicago, IL 60606** |
| | **(312) 876-7100 Fax:(312) 876-0288** |
| | **www.arnstein.com** |