11/2014

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

    LEAFS HOCKEY CLUB, INC.

Case No. 15-23198

Chapter 11

    Debtor (s)

## Certification of Relatedness

The undersigned attorney certifies that:

1. (a) _____ cases are being filed under Chapter ___ that are related to each other; and/or

    (b) __1__ cases are being filed under Chapter _11_ that are related to case(s) now pending, and

2. The cases are related because:

    ☐ the debtors are husband and wife; or

    ☐ the debtor was a debtor in a previous case under Chapter 11; or

    ☑ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

3. Include case numbers of all cases related:

    13-07001

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: July 7, 2015     Attorney's signature: /s/ Kevin H. Morse