UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Bankruptcy No. 15 B 23198 |
| LEAFS HOCKEY CLUB, INC., | ) | Judge Donald R. Cassling, |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER REQUIRING FILING OF A PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

An order for relief under Chapter 11, Title 11 of the United States Code having been entered on July 7, 2015, IT IS HEREBY ORDERED that the debtor-in-possession (or debtor if trustee is appointed) is required to file its Plan of Reorganization and Disclosure Statement on or before Wednesday, November 4, 2015.

ENTERED:

DATE: JUL 0 8 2015

Donald R. Cassling
**United States Bankruptcy Judge**