**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re | ) | | |
|    LEAFS HOCKEY CLUB, INC. | ) | | |
| | ) | Bankruptcy No. | 15-23198 |
| | ) | | |
| Debtor. | ) | Chapter | 11 |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____Arnstein & Lehr LLP_____

Authorized to Provide Professional Services to: _____Leafs Hockey Club, Inc., debtor in possession_____

Date of Order Authorizing Employment: _____August 18, 2015, retroactive to July 7, 2016_____

Period for Which Compensation is Sought:
From _____July 7_____, _____2015_____ through _____May 5_____, _____2016_____

Amount of Fees Sought: $ _____14,000.00_____

Amount of Expense Reimbursement Sought: $ _____0.00_____

This is an:    Interim Application _____    Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| November 17, 2015 | July 7, 2015 through October 15, 2015 | $26,119.99 | $26,119.99 | $0.00 |

Dated: _____May 5, 2016_____          _____/s/ Kevin H. Morse_____
                                                                     (Counsel)

(Rev 11/19/10)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEAFS HOCKEY CLUB, INC., | ) Case No. 15-23198 |
| | ) |
| Debtor. | ) Hon. Donald R. Cassling |
| | ) |
| | ) Date: May 24, 2016 |
| | ) Time: 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **May 24, 2016 at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Donald R. Cassling, Bankruptcy Judge, or such other judge as may be sitting in his stead, in Courtroom 619, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FINAL APPLICATION OF TRIMARCO RADENCICH LLC FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD OCTOBER 16, 2015 THROUGH MAY 5, 2016 AND REQUEST TO SHORTEN NOTICE**, at which time and place you may appear as you see fit.

                                        LEAFS HOCKEY CLUB, INC.,
                                        debtor and debtor in possession

                                        By:      /s/ *Kevin H. Morse*
                                                One of Its Attorneys

                                        Michael L. Gesas (06186924)
                                        Kevin H. Morse (06297244)
                                        ARNSTEIN & LEHR LLP
                                        120 S. Riverside Plaza, Suite 1200
                                        Chicago, IL 60606
                                        Tel: (312) 876-7100
                                        Fax: (312) 876-0288

1

# **CERTIFICATE OF SERVICE**

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via U.S. Mail, postage pre-paid, in addition to the party receiving it by personal service and those parties receiving notification by participation in the Court's ECF system on May 6, 2016.

/s/ *Kevin H. Morse* .

*Via U.S. Mail*:

Leafs Hockey Club, Inc.
801 Wesemann Drive
West Dundee, IL 60118

*Via ECF*:

Jeffrey C Dan
Interested Party – LHC, LLC
jdan@craneheyman.com,
gbalderas@craneheyman.com;dwelch@craneheyman.com;jmunoz@craneheyman.com

Michael L. Gesas
Debtor – Leafs Hockey Club, Inc.
mlgesas@arnstein.com,
blsutton@arnstein.com;jbmedziak@arnstein.com

James Kapp
Creditor – UMB Bank, N.A.
jkapp@mwe.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse
Debtor – Leafs Hockey Club, Inc.
khmorse@arnstein.com

Megan Preusker
Creditor – UMB Bank, N.A.
mpreusker@mwe.com

William P Smith
Creditor – UMB Bank, N.A.
wsmith@mwe.com

Brian P Welch
Interested Party – LHC, LLC
bwelch@craneheyman.com,
gbalderas@craneheyman.com

David K Welch
Interested Party – LHC, LLC
dwelch@craneheyman.com,
gbalderas@craneheyman.com;jdan@craneheyman.com

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEAFS HOCKEY CLUB, INC., | ) Case No. 15-23198 |
| | ) |
| Debtor. | ) Hon. Donald R. Cassling |
| | ) |
| | ) Date: May 24, 2016 |
| | ) Time: 10:00 a.m. |

**FINAL APPLICATION OF TRIMARCO RADENCICH LLC FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD OCTOBER 16, 2015 THROUGH MAY 5, 2016 AND REQUEST TO SHORTEN NOTICE**

Trimarco Radencich, LLC ("TR"), accountant for Leafs Hockey Club, Inc., debtor and debtor in possession (the "Club"), pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(2), applies to this Court for the entry of an order: (a) allowing compensation to TR in the amount of $14,000.00 for accounting services rendered during the period October 16, 2015 through May 5, 2016; (b) approving on a final basis compensation to TR in the amount of $40,100.00 for accounting services rendered during the period July 7, 2015 through May 5, 2016 and reimbursement to A&L in the amount of $19.99 for expenses incurred in connection with such services and (c) approving shortened notice. In support thereof, TR respectfully states as follows:

### Background

1. On July 7, 2015 ("Petition Date"), the Club filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing this case (the "Chapter 11 Case").

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Club continues to operate its business and manage its financial affairs as a debtor in possession. No trustee, examiner or committee has been appointed in this Chapter 11 Case.

1

3.      The Club is an Illinois not-for-profit corporation established in 1973 to promote youth ice hockey in the Fox Valley and surrounding communities.  The Club's Board of Directors is comprised solely of volunteer parents of past and present members of one or more of the Club's hockey teams.  As of the end of the 2014-2015 youth ice hockey season, the Club consisted of 22 teams and one "Learn to Skate" program, with a total of 326 youth hockey players ranging from ages 6 to 18.  This past hockey season also brought the Club two Illinois state championships won by the Club's 12-13 year old boys' team and the Under-12 girls' team.

4.      In 2007, the Club moved into the state-of-the-art on and off ice training facility, commonly known as the Leafs Ice Centre in West Dundee, Illinois (the "<u>Rink</u>").  The Club is the sole member of LHC, LLC, an Illinois limited liability company that owns and operates the Rink.  The Club's operations provide approximately 40% of the Rink's annual revenues.  On or about February 25, 2013, the Rink filed its own voluntary petition for relief under Chapter 11 to stay the foreclosure proceeding filed by the Rink's lender, UMB Bank, N.A., in its capacity as successor bond trustee under a Trust Indenture dated February 1, 2007 (the "<u>Lender</u>").

5.      On May 13, 2015, the Lender obtained a judgment against the Club based on the Club's guaranty of the Rink's bond indebtedness. The Club, the Rink and the Lender subsequently engaged in negotiations concerning a joint and global resolution of all pending issues between the parties.  These negotiations and forbearance were not only critical to the Club but also to the Rink with respect to the implementation of a chapter 11 exit strategy from its case. The Lender informed Club's counsel that as of 5:00 p.m. on Tuesday, July 7, 2015, the Lender would terminate forbearance and take any and all actions appropriate or desirable to convert the judgment into a secured claim and execute thereon.  The Lender's cessation of negotiations and forbearance necessitated the filing of this Chapter 11 Case.

6.      Subsequent to the Petition Date, the Club, Rink and Lender re-opened negotiations to pursue a global resolution of outstanding issues in this Chapter 11 Case and the

2

Rink's Chapter 11 case. The negotiations between the parties continue and the Club believes that significant progress has been made toward resolution.

7. On August 18, 2015, the Court entered an order authorizing the Club's employment of TR as Club's bankruptcy counsel pursuant to section 327(a) of the Bankruptcy Code, effective as of the Petition Date and payment of a $15,000 postpetition (the "Retainer").

8. On November 17, 2015, the entered an order granting TR's first interim fee application in the amount of $26,100 and reimbursement of expenses in the amount of $19.99 for the period July 7, 2015 through October 15, 2015 [Dkt. #48]. The first interim fee period consisted of completion of audits for the Club's fiscal years ending June 30, 2013 and June 30, 2014 and completion of all tax returns for FYE 2012, 2013, and 2014. TR also successfully worked on behalf of the Club to obtain the reinstatement of the Club's not-for-profit status.

### Narrative Summary of Services

9. A narrative summary of the services rendered by TR during the period October 16, 2015 through May 5, 2016 is set forth below. TR holds $6,000 as part of its retainer from the Club as a flat rate for the FYE 2015 audit. Itemized and detailed descriptions of the specific services rendered by TR to the Club in excess of the flat rate work during this period are reflected on the billing statement attached hereto as **Exhibit A**. Additionally, TR has incurred fees in the amount of $3,000 for the preparation of FYE 2015 tax returns. The billing statement set forth the name of each professional, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each professional in each category. The hourly rates applicable to TR's professionals are as follows:

      a.    Directors                            $275 per hour

      b.    Managers                           $150-175 per hour

      c.    Staff                                    $100 per hour

3

10. The services rendered by TR during the period October 16, 2015 through May 5, 2016 include the following tasks:

    a. Review of prior audits for the Club's 2011-2014 fiscal years;

    b. Review of the Club's corporate records and minutes;

    c. Review of the Club's financial records;

    d. Review of the Club's 2011, 2012, 2013, and 2014 fiscal year tax returns;

    e. Preparation and review of the Club's Form 990 tax return for tax exempt status;

    f. Preparation and review of extensive and complete audit of Club's financial statements and tax returns for FYE 2015; and

    g. Conference with Club's vice-president of finance for review and signature on all tax returns and IRS Form 1023.

**Expenses**

11. TR did not incur any expenses in connection with its representation of the Club.

12. TR respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other cases under chapter 11, and that the time has been fairly and properly expended. When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work. Further, as set forth in the billing statements, TR has written down more than $16,000 in time worked in excess of the flat rate to ensure the Club could obtain a valid and proper audit for FYE 2015.

**Notice**

13. A copy of the Application has been sent to the Club and all parties entitled to notice, including the Office of the United States Trustee and Lender. Eighteen (18) days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties

4

entitled to notice. TR requests the Court approve shortened notice under the circumstances and for cause as no party will be prejudiced and this is TR final fee application.

WHEREFORE, Trimarco Radencic respectfully requests that the Court enter an order:

A. Allowing interim compensation to TR in the amount of $14,000.00 for the period October 16, 2015 through May 5, 2016;

B. Approving final compensation to TR in the amount of $40,100.00 and reimbursement of expenses to A&L in the amount of $19.99 for the period July 7, 2015 through May 5, 2016; and

C. Granting such other and further relief as the Court deems just and proper.

        TRIMARCO RADENCIC, accountant to
        LEAFS HOCKEY CLUB, INC.

        By: */s/ Kevin H. Morse*

        Michael L. Gesas (06186924)
        Kevin H. Morse (06297244)
        ARNSTEIN & LEHR LLP
        120 S. Riverside Plaza, Suite 1200
        Chicago, IL 60606
        Phone: (312) 876-7100
        Fax: (312) 876-0288

113198039.1