UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-23198 |
| | ) | |
| LEAFS HOCKEY CLUB, INC. | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF TRIMARCO RADENCICH AS ACCOUNTANT TO THE DEBTOR LEAFS HOCKEY CLUB, INC.**

This matter coming to be heard on the First Interim Application (the "Application") for Compensation and Reimbursement for Expenses of Trimarco Radencich, LLC ("TR") as Accountant to Leafs Hockey Club, Inc., debtor and debtor-in-possession (the "Club"); notice of the Application being proper; the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Application is granted.

2. TR is allowed compensation in the amount of $14,000.00 for the period October 16, 2015 through May 5, 2016.

3. TR is allowed final compensation in the amount of $40,100.00 and reimbursement of expenses in the amount of $19.99 for the period July 7, 2015 through May 5, 2016.

Enter:

/s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 24, 2016

**Prepared by:**

Michael L. Gesas (06186924)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

Counsel to Leafs Hockey Club, Inc.