UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-23198
)
LEAFS HOCKEY CLUB, INC. )
) Chapter: 11
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL TO THE DEBTOR LEAFS HOCKEY CLUB, INC.

This matter coming to be heard on the Second Interim Application (the "Application") for Compensation and Reimbursement for Expenses of Arnstein & Lehr LLP ("A&L") as Counsel to Leafs Hockey Club, Inc., debtor and debtor-in-possession (the "Club"); notice of the Application being proper; the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. A&L is allowed compensation in the amount of $10,084.00 and reimbursement of expenses in the amount of $101.77 for the period March 1, 2016 through May 5, 2016.

2. A&L is allowed final compensation in the amount of $112,658.00 and final reimbursement of expenses to A&L in the amount of $2,399.83 for the period July 7, 2015 through May 5, 2016.

3. The Club is authorized to pay the sum of $10,185.77 to A&L.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 24, 2016

**Prepared by:**

Michael L. Gesas (06186924)
Kevin H. Morse (06297244)
William A. Williams (6321738)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

Counsel to Leafs Hockey Club, Inc.